# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BEAU HIGGINBOTHAM

VERSUS

DOUG WELBORN, IN HIS
OFFICIAL CAPACITY AS CLERK
OF COURT FOR EAST BATON
ROUGE PARISH

NO. 2022 CW 0206

MARCH 10, 2022

---

In Re:     Beau Higginbotham, applying for supervisory writs,
19th Judicial District Court, Parish of East Baton
Rouge, No. 703011.

---

**BEFORE: GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

    **WRIT GRANTED WITH ORDER.** The district court's January 31, 2022 judgment dismissing all claims of plaintiff, Beau Higginbotham, is a final appealable judgment. See La. Code Civ. P. arts. 1841 & 2083(A). Accordingly, the writ application is granted for the limited purpose of remanding the case to the district court with instructions to grant an appeal to plaintiff pursuant to the notice of intent to seek supervisory writs. See **In re Howard**, 541 So.2d 195, 196 (La. 1989) (*per curiam*). In the event plaintiff seeks to appeal the district court's judgment, he shall submit a new order for appeal to the district court within thirty days of this order. Additionally, a copy of this court's order is to be included in the appellate record.

JMG
GH
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT